UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14332-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

6080 COLLINS MANAGER, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: October 7, 2019

                                                  s/Drew Levitt
                                                  Drew M. Levitt
                                                  Florida Bar No. 782246
                                                  drewmlevitt@gmail.com
                                                  Lee D. Sarkin, Esq.
                                                  Florida Bar No. 962848
                                                  Lsarkin@aol.com
                                                  4700 N.W. Boca Raton Boulevard
                                                  Suite 302
                                                  Boca Raton, Florida 33431
                                                  Telephone (561) 994-6922
                                                  Attorneys for Plaintiff