UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14332-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

6080 COLLINS MANAGER, LLC

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: October 15, 2019

                                                s/Drew Levitt
                                              Drew M. Levitt
                                              Florida Bar No. 782246
                                              drewmlevitt@gmail.com
                                              Lee D. Sarkin, Esq.
                                              Florida Bar No. 962848
                                              Lsarkin@aol.com
                                              4700 N.W. Boca Raton Boulevard
                                              Suite 302
                                              Boca Raton, Florida 33431
                                              Telephone (561) 994-6922
                                              Attorneys for Plaintiff